JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada 89505
Telephone: (775) 688-3000

Attorneys for Appellee
Angelique L.M. Clark,
Chapter 11 Trustee

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

In re:

FRENCH QUARTER, INC.

Debtor.
_____/

JAMES A PIEPRZYCA,

Appellant.

vs.

EUGENE C. CANEPA; UST – UNITED STATES TRUSTEE, RENO; ANGELIQUE L.M. CLARK, Trustee; VAL PETERSON; OSCAR RENTERIA, Trustee of the Renteria Family Trust,

Appellees.
_____/

3:11-cv-00509-ECR-CWH
3:11-CV-00560-ECR-CWH

Appeal from BK-N-07-51126-GWZ

ORDER GRANTING

**STIPULATION EXTENDING TIME BY WHICH APPELLEE ANGELIQUE L.M. CLARK MUST FILE HER RESPONSIVE BRIEF AND ORDER (FIRST EXTENSION)**

This Stipulation Extending Time by Which Appellee Angelique L.M. Clark Must File her Responsive Brief and Order is entered into by and between John F. Murtha, Esq. on behalf of Appellee Angelique L.M. Clark ("Clark") and Bradley E. Brook, Esq.

on behalf of Appellant James A. Pieprzyca ("Pieprzyca") and is based upon the following facts and circumstances:

1. Pieprzyca filed his opening brief herein on September 20, 2011 (Docket No. 21) followed by an amended opening brief filed on September 23, 2011 (Docket No. 22).

2. Pursuant to FRBP 8009(a)(2), Clark's responsive brief is due 14 days after service of Pieprzyca's opening brief (October 7, 2011, if measured from September 20, 2011, or October 11, 2011, if measured from September 23, 2011).

3. In either event, Clark will need more time to file her responsive brief.

4. There is a related appeal involving the same order upon which this appeal is based pending before this Court captioned "Canepa v. Pieprzyca, et. al." (Case No. 3:11-CV-509-ECR-CWH). By order entered in that case on September 2, 2011 (Docket No. 19 in that case), appellant Canepa's opening brief was due on September 19, 2011 (and it was filed then), and Clark's responsive brief is due on October 19, 2011.

5. It makes sense for Clark's briefs to be filed at the same time in both appeals.

6. This is Clark's first request for an extension of time to file her responsive brief.

///

///

///

///

2

Now, therefore, it is hereby agreed by the undersigned counsel of record that Clark's responsive brief shall be filed on or before **October 19, 2011**.

Dated this 27th day of September, 2011.

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511

By: _____
John F. Murtha, Esq.
Attorneys for Appellee
Angelique L.M. Clark

Dated this 26 day of September, 2011.

LAW OFFICES OF BRADLEY E. BROOK, APC
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064

By: _____
Bradley E. Brook, Esq.
Attorneys for Appellant
James A. Pieprzyca

**ORDER**

IT IS SO ORDERED.

Date: October 6, 2011.

_____
Edward C. Reed.
U.S. DISTRICT COURT JUDGE