1  Bradley E. Brook, Esq.
   Cal. Bar # 125323
2  LAW OFFICES OF BRADLEY E. BROOK, APC
   11500 W. Olympic Blvd., Suite 400
3  Los Angeles, CA  90064
   Telephone: (310) 839-2004
4  Facsimile: (310) 945-0022
   Email:  bbrook@bbrooklaw.com
5
6  Attorneys for James A. Pieprzyca

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA
10

11 |                                    | Appeal from BK-N-07-51126-GWZ
12 | In re                               |
                                         | **3:11-CV-00509-ECR-CWH**
13 | FRENCH QUARTER, INC.,               | *(LEAD CASE)*
14 |            Debtor.                  |
15 | _____ | 3:11-CV-00560-ECR-CWH
16 | JAMES A. PIEPRZYCA,                 | Consolidated Under
17 |            Appellant,               | 3:11-CV-00509-ECR-CWH per Minute Order
                                         | Entered on 10/04/11 (Docket No. 27)
18 |     v.                              |
                                         | **STIPULATION AND ORDER TO**
19 | EUGENE CLEVE CANEPA; UST – UNITED   | **EXTEND TIME TO FILE REPLY BRIEF**
   | STATES TRUSTEE, RENO; ANGELIQUE     | **(FIRST EXTENSION)**
20 | L.M. CLARK, Trustee; VAL PETERSON;  |
21 | OSCAR RENTERIA, Trustee of the Renteria | ORDER GRANTING
   | Family Trust,                       |
22 |            Appellees.               |
23

24

25

26

27

28

                                    1

This Stipulation To Extend Time To File Reply Brief (First Extension) and Order Thereon is entered into by and between Bradley E. Brook, Esq. on behalf of Appellant James Pieprzyca ("Pieprzyca") and John F. Murtha, Esq. on behalf of Appellee Angelique L.M. Clark ("Clark") and and is based upon the following facts and circumstances:

1. The parties attempted to mediate but were unsuccessful;

2. Clark filed her answering brief on January 5, 2012;

3. Pieprzyca's counsel is unable to complete and file a reply brief within the next two weeks because of his schedule and additional conflicts. For these reasons, Pieprzyca and Clark agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED by and between Bradley E. Brook, Esq., of the Law Offices of Bradley E. Brook, APC, attorney for Appellant James A Pieprzyca and John F. Murtha, Esq., of Woodburn and Wedge, attorney for the Appellee Angelique L.M. Clark, Chapter 11 Trustee, that the Appellant shall have up to and including **January 27, 2012**, to file and serve the reply brief.

DATED this 6 day of January, 2012.

LAW OFFICES OF BRADLEY E. BROOK, APC

By: _____
BRADLEY E. BROOK, ESQ.
California Bar No. 125323
11500 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064
Telephone: (310) 839-2004
Attorneys for James A. Pieprzyca

WOODBURN AND WEDGE

By: _____
JOHN F. MURTHA, ESQ.
Nevada State Bar No. 835
6100 Neil Road, Suite 500
Reno, NV 89505
Telephone: (775) 688-3000
Attorney for Appellee Angelique
L.M. Clark, Chapter 11 Trustee

## ORDER

IT IS SO ORDERED.

DATED: January 10, 2012.

_Edward C. Reed._
U.S. DISTRICT COURT JUDGE

2